COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



# ORDER

Appellate case name:         Jose Velez v. The State of Texas

Appellate case number:      01-14-00544-CR

Trial court case number:     2012-46873

Trial court:                 187th District Court, Bexar County

The court requests that the reporter provide a supplemental record with the following exhibit:

State's Exhibit 3, DVD – Crime Scene

The exhibit is due in this Court no later than April 17, 2015.

It is so ORDERED.

Judge's signature: /s/ Jane Bland
                        Judge Bland, Acting Individually

Date issued: April 1, 2015